## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| KATHY BELANGER, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>IBERIA LÍNEAS AÉREAS DE ESPAÑA S.A. OPERADORA, a foreign corporation d/b/a "Iberia",<br><br>*Defendant*. | Case No. 1:20-cv-3087<br><br>Hon. John J. Tharp, Jr. |

## DECLARATION OF RAJ N. SHAH

I, Raj N. Shah, declare as follows:

I am a partner with the law firm of DLA Piper LLP (US), 444 West Lake Street, Suite 900, Chicago, IL 60606-0089, and attorney for Defendant Iberia, Líneas Aéreas de España, S.A. Operadora, Sociedad Unipersonal ("Iberia") in this matter. I submit this Declaration in connection with Iberia's Reply in support of its Motion to Dismiss.

1. Attached hereto as Exhibit 1 is a true and correct copy of a printout of Iberia's Passengers' Rights, https://www.iberia.com/us/passengers-rights/, captured on December 31, 2019 from the Wayback Machine Internet Archive, last accessed October 8, 2020, and publicly available at https://web.archive.org/web/20191231092625/https://www.iberia.com/us/passengers-rights/.

2. Attached hereto as Exhibit 2 is a true and correct copy of Iberia's Voucher Request Form as it appeared for U.S. customers on March 23, 2020, entitled "Booking management request due to COVID-19 impact."

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 19, 2020     Respectfully submitted,

**DLA Piper LLP (US)**

*s/ Raj N. Shah*
Raj N. Shah
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
(312) 368-8904
raj.shah@us.dlapiper.com

*Attorneys for Iberia, Líneas Aéreas de España, S.A. Operadora, Sociedad Unipersonal*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 19, 2020, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court by using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record registered on the ECF system.

Dated: October 19, 2020

Respectfully submitted,

**DLA Piper LLP (US)**

*s/ Raj N. Shah*
Raj N. Shah
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
(312) 368-8904
raj.shah@us.dlapiper.com

*Attorneys for Iberia, Líneas Aéreas de España, S.A. Operadora, Sociedad Unipersonal*