### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| KATHY BELANGER, on behalf of herself and all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) IBERIA LÍNEAS AÉREAS DE ESPAÑA S.A. OPERADORA, a foreign corporation d/b/a "Iberia", ) ) ) ) ) Defendant. ) ) | No. 20 CV 3087  Judge John J. Tharp, Jr. |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr. on a motion to dismiss, it is hereby ORDERED:

Judgment is entered in favor of Defendant Iberia Líneas Aéreas de España. Defendant shall not recover costs from plaintiff.

Date: July 5, 2022

John J. Tharp, Jr.
United States District Judge